# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Kenny Kennard Henry
Rapides Parish Detention
7400 Academy Dr.
Alexandria La 71303

Judgment on rehearing rendered and
mailed to all parties or counsel of
record on **November 5, 2018**

**REHEARING ACTION: November 5, 2018**

**Docket Number: 18   00700-KH**

**STATE OF LOUISIANA
VERSUS
KENNY KENNARD HENRY**

**Writ Application from Rapides Parish Case No. 339,300, 333,617**

**BEFORE JUDGES:**

**Hon. John D. Saunders
Hon. Marc T. Amy
Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Kenny Kennard Henry** is:

**REHEARING DENIED.** *See* Uniform Rules–Courts of Appeal, Rule 2-18.7.

cc: Hon. Phillip Terrell, Jr., Counsel for  the Respondent